In the Matter of the Application of A. DAVID BENJAMIN, Appellant, for an Order to Invalidate, etc., the Designating Petitions Filed by JOHN CASHMORE with the BOARD OF ELECTIONS, etc., Respondents, Purporting to Designate Him as a Candidate for the Office of President of the Borough of Brooklyn, etc., in the Republican Primary Election.— On the record submitted to the court it is impossible to determine the question of fact involved in the alleged invalidity of a large number of signatures to the petition upon which respondent Cashmore claims to have proof, and, therefore, since the hearing was not completed the court may not pass upon the question of law presented. Order reversed on the law and the facts, without costs, and matter remitted to the Special Term, Kings County, Mr. Justice Garvin presiding, for the purpose of taking further proof. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

## (September 15, 1941.)

In the Matter of the Application of A. DAVID BENJAMIN, Appellant, for an Order to Validate, etc., the Designating Petitions Filed by JOHN CASHMORE with the BOARD OF ELECTIONS, etc., Respondents, Purporting to Designate Him as a Candidate for the Office of President of the Borough of Brooklyn, etc., in the Republican Primary Election.— Reckoning the number of valid signatures, sheet by sheet, there are sufficient sheets in which it will be found there is no such " large proportion " of signatures to which subscribing witnesses had falsely sworn as would invalidate the petition. Therefore, there are sufficient valid signatures. Due to an inadvertence of the Special Term a modification of the order will be necessary. Order modified on the law and the facts by adding thereto a direction that the board of elections of the city of New York place upon the official ballot to be used in the primary election of the Republican party to be held on September 16, 1941, the name of John Cashmore as a candidate for the office of president of the borough of Brooklyn, city of New York; and as so modified the order is affirmed, without

costs. Lazansky, P. J., Adel and Close, JJ., concur; Carswell and Taylor, JJ., concur in the result.